# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JOSHUA WILSON**                                                                                          **PLAINTIFF**

**V.                              CASE NO. 1:13CV00109-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Plaintiff Joshua Wilson's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 24th day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE